```
1  PATRICK L. FORTE, #80050
   CORRINE BIELEJESKI, #244599
2  LAW OFFICES OF PATRICK L. FORTE
   One Kaiser Plaza, #480
3  Oakland, CA 94612
   Telephone: (510) 465-3328
4  Facsimile: (510) 763-8354

5  Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 09-48204 EDJ |
| **DESHEA NICOL MOORE,** | Chapter 13 |
| Debtor. | MOTION TO MODIFY CHAPTER 13 PLAN; NOTICE TO CREDITORS OF |
| _____/ | **DEADLINE TO REQUEST A HEARING** |

The above-named debtor applies to the court for an order to modify her Chapter 13 Plan as follows:

Commencing March 2011, debtor will pay $350.00 per month to the Trustee. Any arrearages shall be forgiven. Unsecured, non-priority creditors shall be paid on a pro-tanto basis. Debtor surrendered the real property located at 27 Las Moradas Circle, San Pablo, CA 94806 to Deutsche Bank Trust Company Americas as Trustee for RALI 2006QA6, Contra Costa County Tax Collector, & San Pablo Villas Homeowner's Association.

The modification is sought on the following grounds: Debtor is currently on disability.

**NOTICE IS HEREBY GIVEN:**

(i) That Local Rule 9014-1 of the United States Bankruptcy Court

for the Northern District of California prescribes the procedures to be followed and that any objection to the requested relief, or a request for hearing on the matter must be filed and served upon the undersigned within twenty one (21) days of mailing of this notice;

    (ii) That a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position;

    (iii) That if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and

    (iv) That the undersigned will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: February 24, 2011

                              /s/ Corrine Bielejeski
                              CORRINE BIELEJESKI
                              Attorney for Debtor